FILED by ___KS___ D.C.

Aug 5, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-20421-CR-GAYLES/TORRES**

18 U.S.C. § 1546(a)
18 U.S.C. § 982(a)(6)(A)

UNITED STATES OF AMERICA

v.

JIANXIANG SHI,
    a/k/a "Long Niu,"

           Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Fraud and Misuse of Visas, Permits, and Other Documents**
**(18 U.S.C. § 1546(a))**

From on or about November 1, 2016, through on or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JIANXIANG SHI,**
**a/k/a "Long Niu,"**

did knowingly possess a document prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is a United States nonimmigrant visa, which the defendant knew to be procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
### Fraud and Misuse of Visas, Permits, and Other Documents
### (18 U.S.C. § 1546(a))

On or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JIANXIANG SHI,
a/k/a "Long Niu,"**

did knowingly use a document prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is, a United States nonimmigrant visa, which the defendant knew to be procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JIANXIANG SHI, a/k/a "Long Niu,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1546, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a. any conveyance, including any vessel, vehicle, or aircraft used in the commission of such offense; and

    b. any property, real or personal, that constitutes, or is derived from or is traceable to any proceeds obtained directly or indirectly from the commission of such offense; or

      c.     any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
WILL J. ROSENZWEIG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JIANXIANG SHI,

       **Defendant.**    /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami  [ ] Key West  [ ] FTL
- [ ] WPB  [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Chinese
4. This case will take  3  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  0 to 5 days  [✓]
   - II  6 to 10 days  [ ]
   - III  11 to 20 days  [ ]
   - IV  21 to 60 days  [ ]
   - V  61 days and over  [ ]

   (Check only one)
   - Petty  [ ]
   - Minor  [ ]
   - Misdemeanor  [ ]
   - Felony  [✓]

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

*[signature]*
Will J. Rosenzweig
Assistant United States Attorney
Court ID No.  A5502698

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Jianxiang Shi, a/k/a "Long Niu"

**Case No:** _____

Counts #: 1–2

   Fraud and misuse of visas, permits, and other documents

   Title 18, United States Code, Section 1546(a)

**\* Max. Penalty:**   10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.