FILED BY KS D.C.

AUG 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20421-DPG(s)

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the superseding indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or further order of this Court, for the reasons that the named defendant may flee and/or destroy evidence, and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office also respectfully requests that it be allowed to obtain copies of these documents, and provide copies to other agencies or governments, for purposes of arrest, extradition, or any other necessary cause.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *Will Rosenzweig*
Will J. Rosenzweig
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Court ID No. A5502698
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9403
Fax: (305) 530-7976
Email: Will.Rosenzweig@usdoj.gov