UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20421-CR-GAYLES

UNITED STATES OF AMERICA

vs.

JIANXIANG SHI,

     Defendant.
_____/

## SEALED ORDER OF TRANSFER TO FUGITIVE STATUS

**THIS MATTER** having come before the Court *sua sponte* and having thoroughly reviewed the record in this cause, it is

**ORDERED AND ADJUDGED** that this matter is hereby transferred to the Clerk's suspended file until such time as the fugitives above named are apprehended.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 9th day of November, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Will Rosenzweig, AUSA