United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT *of* FLORIDA

U.S. Attorneys » Southern District of Florida

# News

Archive (News prior to 2013)

**Keywords**
visa fraud

**Items per page**
50

APPLY     RESET

## October 29, 2021

### Bond Denied for Chinese Businessman Charged in South Florida Federal Court with Visa Fraud

... The superseding indictment charges Shi with two counts of **fraud** and misuse of United States nonimmigrant visas.  If ...

## March 26, 2020

### Nicolás Maduro Moros and 14 Current And Former Venezuelan Officials Charged With Narco-Terrorism, Corruption, Drug Trafficking and Other Criminal Charges

... including one charged in a multibillion-dollar **fraud** scheme against the Venezuelan state-owned oil company. ... October 2014, Moreno Perez told U.S. authorities in a **visa** application that he earned the equivalent of about ...

## October 17, 2019

### Broward County Business Owner Sentenced to Prison for Immigration Fraud Scheme

... business owner was sentenced to prison yesterday for a **visa fraud** immigration scheme.  She attempted to obtain visas ... months in prison after previously pleading guilty to **visa fraud**, in violation of Title 18, United States Code, ...

## May 31, 2019

### Broward Business Owner Pleads Guilty to Immigration Fraud Scheme

... business owner pled guilty today to participating in a **visa fraud** immigration scheme by attempting to obtain visas with ... pled guilty to a four count Information charging her with **visa fraud**, in violation of Title 18, United States Code, ...

**EXHIBIT 2**

**April 25, 2019**

<u>Real Estate Developer from Palm Beach, Florida Admits Role in Investment Fraud, Bank Fraud, Money Laundering and Tax Evasion Schemes</u>

... residences in both Florida and Connecticut. The EB-5 **visa** program is a federal program by which foreign nationals ... pleaded guilty to one count of conspiracy to commit bank **fraud** and wire **fraud**, an offense that carries a maximum term of imprisonment ...

**February 7, 2019**

<u>Cuban Citizen Arrested on Charge of Making False Statements on an Application for Lawful Permanent Residence</u>

... Additionally, Santos falsely stated that he never by **fraud** or willful misrepresentation of a material fact, ever sought to procure, or procured, a **visa**, other documentation, entry into the United States, or ... those who seek to exploit our immigration system through **fraud** and deceit." "The United States has a lawful system ...

**November 3, 2017**

<u>West Palm Beach Man Sentenced for Conspiring with his brother, a United States Postal Service Letter Carrier, to Commit Access Device Fraud and Aggravated Identity Theft</u>

... Postal Service letter carrier, to commit access device **fraud** and aggravated identity theft.   Benjamin G. ... Palm Beach, Florida of conspiring to commit access device **fraud**, access device **fraud**, and five counts of aggravated ... submitted to DEO and resulted in the issuance of Florida **Visa** debit cards. The debit cards were mailed through ...

**July 26, 2017**

<u>West Palm Beach Man Convicted of Conspiring with his Brother, a United States Postal Service Letter Carrier,</u>

... Postal Service Letter Carrier, to commit access device **fraud** and aggravated identity theft. Benjamin G. Greenberg, ... Palm Beach, Florida of conspiring to commit access device **fraud**, access device **fraud**, and five counts of aggravated ... submitted to DEO and resulted in the issuance of Florida **Visa** debit cards. The debit cards were mailed through ...

**March 24, 2017**

<u>Miami Beach Sex Trafficker Sentenced To 30 Years in Prison For International Trafficking Scheme Targeting Foreign University Students</u>

... counts of sex trafficking and attempted sex trafficking by **fraud**, three counts of wire **fraud**, two counts of importing and attempting to import ... united efforts to combat human trafficking – whether by **fraud**, force or otherwise," said Acting U.S. Attorney ...

**March 10, 2017**

<u>United States Postal Service Letter Carrier Convicted of Access Device Fraud and Aggravated Identity Theft</u>

... letter carrier was convicted at trial of access device **fraud** and aggravated identity theft. Benjamin G. Greenberg, ... Palm Beach, Florida of conspiring to commit access device **fraud**, access device **fraud**, and five counts of aggravated ... submitted to DEO and resulted in the issuance of Florida **Visa** debit cards. The debit cards were mailed through ...

**September 19, 2016**

<u>City of Miami Resident Sentenced to More Than 4 Years in Prison for Possessing 242 Stolen Identities Used in Unemployment and Tax Fraud Schemes</u>

… 242 stolen identities used in unemployment and tax **fraud** schemes. Wifredo A. Ferrer, United States Attorney for … unemployment cards in the names of other individuals; 26 **Visa** gift cards; a Florida driver's license with …

**July 13, 2016**

<u>City of Miami Resident Pleads Guilty to Possessing 242 Stolen Identities Used in Unemployment and Tax Fraud Schemes</u>

… 242 stolen identities used in unemployment and tax **fraud** schemes. Wifredo A. Ferrer, United States Attorney for … of Inspector General, Office of Labor Racketeering and **Fraud** Investigations, Miami Office (DOL-OIG), and Steve … unemployment cards in the names of other individuals; 26 **Visa** gift cards; a Florida driver's license with …

**July 1, 2016**

<u>Broward County Resident Sentenced to 4 Years in Prison for Possessing at Least 652 Identities Used in Stolen Identity and Tax Fraud Schemes</u>

… 652 identities that were used in stolen identity and tax **fraud** schemes. Wifredo A. Ferrer, United States Attorney for … Also seized from the duffel bag were 13 debit or **visa** cards from various banks where some of the real account owners had reported **fraud** on their accounts. IRS-CI Special Agents determined …

**March 4, 2016**

<u>Operation Heat Wave Targets Florida Identity Theft, Fraud</u>

… has apprehended nine individuals suspected of passport **fraud**. Wifredo A. Ferrer, United States Attorney for the … DSS Miami Field Office.  "If you engage in passport or **visa fraud** or engage in other forms of identity theft, sooner … against a total of nine individuals for passport and/or **visa fraud** offenses.  Seven individuals were charged in the …

**November 19, 2015**

<u>61 Defendants Charged in Fraud Schemes Involving Tens of Thousands of Stolen Personal Identities</u>

… of Inspector General, Office of Labor Racketeering and **Fraud** Investigations Miami Office (DOL-OIG), Carlos Canino, … in cash from his pocket.  The officers also recovered two **Visa** credit cards in other individuals' names, one from the … charges. A subsequent investigation revealed that the two **Visa** credit cards in other individuals' names were issued …

**October 22, 2015**

<u>Plantation Resident Sentenced to More Than 9 Years in Prison for Identity Theft Scheme Involving Income Tax, Unemployment, and Credit Card Fraud</u>

… to commit income tax, unemployment, and credit card **fraud**.  A restitution hearing is scheduled for January 5, … of Inspector General, Office of Labor Racketeering and **Fraud** Investigations Miami Office (DOL-OIG), Brian Swain, … records of an unrelated individual, and receipts of four **Visa** debit cards purchased earlier that day for approximately …

**September 30, 2015**

<u>Four Miami-Dade Residents Sentenced for Using Credit Card Numbers Skimmed from Palm Beach County Residents</u>

... to terms of imprisonment for their participation in a **fraud** conspiracy that involved the unauthorized use of credit ... their involvement in a conspiracy to commit credit card **fraud**.  Camejo and Vinenta also pled guilty to aggravated ... credit cards to purchase and attempt to purchase **Visa**, MasterCard, and American Express gift cards from Palm ...

**August 17, 2015**

<u>Plantation Resident Pled Guilty in Identity Theft Scheme Involving Income Tax, Unemployment, and Credit Card Frauds</u>

... of Inspector General, Office of Labor Racketeering and **Fraud** Investigations Miami Office (DOL-OIG), Neil Melofchik, ... Code, Section 841(a)(1), two counts of access device **fraud**, in violation of Title 18, United States Code, Sections ... records of an unrelated individual, and receipts of four **Visa** debit cards purchased earlier that day for approximately ...

**May 5, 2015**

<u>Highlands County Resident Pleads Guilty to Possessing Firearms and Ammunition While An Alien Unlawfully in the U.S.</u>

... Officer, U.S. Citizenship and Naturalization Service – **Fraud** Detection National Security (USCIS-FDNS), Tampa ... Texas on a B2 'Visitor for Pleasure' (i.e. Tourist) **visa**, which permitted a maximum stay of six months.  Because ...

**April 9, 2015**

<u>Defendants Charged in Separate Fraud Schemes that Resulted in Thousands of Identities Stolen and Used To Commit Fraud Schemes</u>

... of Inspector General, Office of Labor Racketeering and **Fraud** Investigations Miami Office (DOL-OIG), Jesse Panuccio, ... identification information to commit identity theft **fraud** schemes. According to the Federal Trade Commission, ... records of an unrelated individual, and four receipts for **Visa** debit cards purchased earlier that day for $2,000.  ...

**February 19, 2015**

<u>Operation Southern Wave Targets Florida Identity Theft, Fraud</u>

... as suspects of identity theft, as well as passport and **visa fraud**. Operation Southern Wave, a Florida statewide law ... the DS Miami Field Office. "If you engage in passport or **visa fraud** or engage in other forms of identity theft, sooner ...

**September 24, 2014**

<u>Former Delray Beach Resident Sentenced In Third Case Involving Identity Theft</u>

... was convicted of one count of conspiracy to commit bank **fraud**, in violation of Title 18, United States Code, Section ... or consent to open a checking account and obtain a debit/**VISA** card at TD Bank. Groover forged the name on the ... for the account, Groover used the fraudulent debit/**VISA** card obtained from TD Bank, and the fraudulent, ...

**September 5, 2014**

<u>Defendant Pleads Guilty In Identity Theft Tax Refund Fraud Scheme</u>

... and searched his pockets. Inside his pockets were four **Visa** debit cards and $1,600.00 in cash. None of the **Visa** cards were embossed with a name. During a later consent ... search of Fevrier's car, officers found 11 additional **Visa** debit cards. Fevrier admitted to being involved in ...

## June 26, 2014

Former Delray Beach Resident Convicted In Third Case Involving Identity Theft

... was convicted of one count of conspiracy to commit bank **fraud**, in violation of Title 18, United States Code, Section ... or consent to open a checking account and obtain a debit/**VISA** card at TD Bank. The defendant forged the name on the ... for the account, the defendant used the fraudulent debit/**VISA** card obtained from TD Bank, and the fraudulent, ...

## June 25, 2014

Former National Fast Food Restaurant Chain Employee And Co-Defendant Sentenced For Identity Theft Tax Fraud Scheme

... P. Dimitrouleas for their roles in an identity theft tax **fraud** scheme. Jones was sentenced to 42 months in prison, to ... previously pled guilty to one count of access device **fraud**, in violation of Title 18, United States Code, Section ... fast food restaurant chain, along with two GreenDot **Visa** prepaid debit cards with the names of two former ...

## April 16, 2014

Former National Fast Food Restaurant Chain Employee And Co-Defendant Plead Guilty In Identity Theft Tax Fraud Scheme

... of Miami, each pled guilty to one count of access device **fraud**, in violation of Title 18, United States Code, Section ... fast food restaurant chain, along with two GreenDot **Visa** prepaid debit cards. The defendants face a maximum ... sentence of ten years in prison for the access device **fraud** charge, and a mandatory term of two years in prison, ...

## February 5, 2014

Five Individuals Charged With Immigration Fraud

... defendants have been charged with various violations of **fraud** and misuse of **visa**, permits and other documents, in violation of 18 U.S.C. § 1546(a), marriage **fraud**, in violation of 8 U.S.C. § 1325(c), and/or conspiracy ...

## November 5, 2013

Naturalized U.S. Citizen Charged With Fraudulently Obtaining Citizenship

... two separate cases in the Southern District of Florida of **visa fraud**, a currency-reporting violation, and alien smuggling. ...

## October 24, 2013

Former Mount Sinai Medical Center Temporary Employee Convicted In Identity Theft Tax Refund Scheme Involving The Theft Of Patient Information

... count of possessing, using and attempting to use a U.S. **visa** knowing it to be forged, counterfeited altered and ... passport in Gayle's name containing a counterfeit U.S. **visa**; and, an identification badge for Mt. Sinai Medical ... Gayle faces up to 10 years in prison on the access device **fraud** count, to be served consecutively by two years in ...

## May 13, 2013

Three Sentenced In Conspiracy To Commit Visa Fraud

∴ the sentencing of three defendants who had engaged in a **visa fraud** case. At today's sentencing, that U.S. District Judge ... had previously pled guilty to conspiracy to commit **visa fraud** and bribery, in violation of Title 18, United ...

---

Was this page helpful?
Yes    No