# MINUTE ORDER

Page 1

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 03/23/2022   Time: 2:00 p.m.

Defendant: JIANXIANG SHI         J#: 71528-509     Case #: 21-20421-CR-GAYLES
AUSA: Monica Castro              Attorney: David Garvin - Perm
Violation: FRAUD AND MISUSE OF VISAS, PERMITS AND OTHER DOCUMENTS
Surr/Arrest Date: 10/26/2021   YOB: 1964

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ◯ Yes  ◯ No       Recommended Bond:
Bond Set at: PTD                        Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Mandarin

Disposition:
Rule 5 docs included
- Deft advised of his rights & Charges
- Deft Detained (Order of PTD entered - District of Nevada)
- Deft consented to proceed by VTC
- Deft Arraigned
  ✓ Reading of indictment waived
  ✓ Not Guilty plea entered
  ✓ Jury trial demanded
  ✓ Standing Discovery Order Requested
- All further proceedings before Judge Gayles

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:59:51                             Time in Court: 12 minutes

s/Lisette Marie Reid                        Magistrate Judge