# Exhibit A

**SHI Jianxiang**                                           **Control No.:** A-203/1-2017

**Requesting Country:** CHINA
**File No.:** 2016/90644
**Date of Publication:** 09 January 2017

CIRCULATION TO THE MEDIA (INCLUDING INTERNET) OF THE EXTRACTED VERSION OF THE RED NOTICE AS PUBLISHED ON INTERPOL'S PUBLIC WEB SITE:  NO



## FUGITIVE WANTED FOR PROSECUTION

**1.    IDENTITY PARTICULARS**



**WARNING:   THIS PERSON MAY BE ESCAPE RISK**

**Family Name:** SHI
**Family Name in the Original Script or Chinese Telegraphic Code:** 2457
**Family Name at Birth:** SHI
**Forenames:** Jianxiang
**Forenames in the Original Script or Chinese Telegraphic Code:** 1696 4382
**Date and Place of Birth:** 27 September 1964 - Shanghai, China
**Sex:** Male
**Nationality:** CHINESE (CONFIRMED)
**Also Known As / Other Dates of Birth Used:** N/A

**Marital Status:** Single
**Father's Family Name and Forenames:** N/A
**Mother's Maiden Name and Forenames:** N/A
**Occupation:** N/A
**Languages Spoken:** Chinese
**Regions/Countries Likely to Be Visited**:  Hong Kong, China, United States
**Additional Information:** N/A

**Identity Documents:**
Chinese passport No. G26808120, issued on 10 January 2008 in Shanghai, China (Expires on 09 January 2018)
Chinese identity document No. W65157342 China
Chinese identity document No. M334542(A)
Chinese identity document No. H6015127800

---

**DNA Code:** N/A

**Description:** N/A

**Distinguishing Marks and Characteristics:** N/A


2.   **JUDICIAL INFORMATION**

*The summary of facts and judicial information reflect the original request from the NCB and are not modified by the General Secretariat.*

**Summary of Facts of the Case**: CHINA, Shanghai: From 01 March 2014 to 01 March 2016
From March 2014 to March 2016, Shi Jian Xiang , former board chairman of Shanghai KUAILU investment (group) company Ltd., illegally gathered funding from public by selling the financial products of "JINLU Finance" and "DANGTIAN Finance", which were two financial management platform. Then Shi Jian Xiang transferred 2.58 billion CNY  overseas and occupied it illegally.

**Accomplices:** N/A

<u>**FUGITIVE WANTED FOR PROSECUTION**</u>

 **ARREST WARRANT OR JUDICIAL DECISION 1**
**Charge:**  crime of illegal fundraising by fraudulent means
**Law Covering the Offence:**  Article 192 of the Criminal Law of the People's Republic of China
**Maximum Penalty Possible**:  Life imprisonment
**Time Limit for Prosecution or Expiry Date of Arrest Warrant:**  None

**Arrest Warrant or Judicial Decision Having the Same Effect:**  No. HGCBZ[2016]30064, issued on 25 November 2016 by Changning branch, shanghai public security bureau in China
**Name of signatory:**  CAO Xinping
**Copy of Arrest Warrant Available at the General Secretariat in the Language Used by the Requesting Country:**  Yes


3.   **ACTION TO BE TAKEN IF TRACED**

**LOCATE AND ARREST WITH A VIEW TO EXTRADITION**
The country at the request of which the present notice has been published has given assurances that extradition will be sought upon arrest of the person, in conformity with its national laws and/or the applicable bilateral and multilateral treaties.

**PROVISIONAL ARREST**
For the country at the request of which the present notice has been published, this red notice is to be treated as a formal request for provisional arrest. Please apply provisional arrest, in conformity with national laws and/or the applicable bilateral and multilateral treaties.

Immediately inform NCB BEIJING China (NCB reference:  IP/D811/201612063 of 21 December 2016) and the ICPO-INTERPOL General Secretariat that the fugitive has been found.


**File No.** 2016/90644                                                                                                         **Control No.** A-203/1-2017