**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-cr-20421-GAYLES(s)**

**UNITED STATES OF AMERICA**

**vs.**

**JIANXIANG SHI**
         **a/k/a "Long Niu,"**

                 **Defendant.**

_____/

**UNITED STATES' NOTICE OF INTENT**
**TO INTRODUCE EXPERT TESTIMONY**

The United States of America, by and through the undersigned Assistant United States Attorney, files this Amended Notice of Intent to Introduce Expert Testimony, pursuant to Federal Rule of Evidence 702. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides the following summary of the expert testimony it will seek to introduce at trial:

1.  **Laura Karel, CTPE (Certified Tenprint Print Examiner)**

Training/Qualifications:  A copy of Ms. Karel's qualifications have been made available to the Defendant.

Summary of Testimony/Opinion and Basis: Ms. Karel's fingerprint examination report has been made available to the Defendant. Ms. Karel is expected to testify about the methods used in comparing fingerprint standards. In addition, Ms. Karel is expected to testify that she compared the fingerprints taken from Defendant Jianxiang Shi on November 5, 2016 when arriving in the United States at Miami International Airport (FIN 1084607220, EID 3896462091) with the fingerprints taken from the individual purporting to be Long Niu when arriving at the Las Vegas International Airport on February 16, 2017 (FIN 1084607220, EID4037707600), and that they were a match.

In advance of making this disclosure, the government requested a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications. On July 14, 2022, in response to that request, counsel for the Defendant provided a written summary of the testimony of the one expert witness the defense intends to offer at trial, having previously provided the witness's qualifications.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    /s/ Will J. Rosenzweig
       Will J. Rosenzweig
       Assistant United States Attorney
       U.S. Attorney's Office – SDFL
       Court ID No. A5502698
       99 NE 4th Street, 6th Floor
       Miami, Florida 33132
       Tel: (305) 961-9403
       Fax: (305) 530-7976
       Email: Will.Rosenzweig@usdoj.gov