# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 21-cr-20421-GAYLES(s)

**UNITED STATES OF AMERICA**

vs.

**JIANXIANG SHI**
    a/k/a "Long Niu,"

    **Defendant.**

_____/

**Witness and Exhibit List**

| Presiding Judge: The Honorable Darrin P. Gayles | | | | | AUSAs: Will Rosenzweig & Nardia Haye | Defendant's Attorney: David M. Garvin |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Patricia Diaz | Courtroom Deputy: Rehan Ahmad |
| 1. | | | | | Natasha Ghent-Rodriguez, Bureau of Consular Affairs | |
| 2. | | | | | Juan Botero, CBP | |
| 3. | | | | | Laura Karel, CTPE, DHS, OBIM | |
| 1. | | | | | Online Nonimmigrant Visa Application (DS-160) Exemplar | |
| 2. | | | | | Jianxiang Shi Nonimmigrant Visa Application (DS-160), August 13, 2014 | |
| 3. | | | | | Shi 2014 B1/B2 Visa (Revoked) | |
| 4. | | | | | Shi Nonimmigrant Visa Application (DS-160), September 16, 2016 | |
| 5. | | | | | Shi 2016 B1/B2 Visa (Revoked) | |
| 6. | | | | | Shi 1998 B1B2 Visa | |
| 7. | | | | | Shi 1999 B1B2 Visa, April 23, 1999 | |

| Presiding Judge: The Honorable Darrin P. Gayles | | | | | AUSAs: Will Rosenzweig & Nardia Haye | Defendant's Attorney: David M. Garvin |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Patricia Diaz | Courtroom Deputy: Rehan Ahmad |
| 8. | | | | | Shi 1999 B1B2 Visa, December 1, 1999 | |
| 9. | | | | | Shi 2008 B1B2 Visa | |
| 10. | | | | | Shi 2010 B1B2 Visa | |
| 11. | | | | | Shi 2011 B1B2 Visa | |
| 12. | | | | | Shi 2012 B1B2 Visa | |
| 13. | | | | | Shi 2013 B1B2 Visa | |
| 14. | | | | | Shi Nonimmigrant Visa Application (DS-160), 2011 | |
| 15. | | | | | Shi Nonimmigrant Visa Application (DS-160), 2012 | |
| 16. | | | | | Shi Nonimmigrant Visa Application (DS-160), 2013 | |
| 17. | | | | | Shi St. Kitts Passport Application, October 10, 2013 | |
| 18. | | | | | Shi St. Kitts Passport Application Information, October 25, 2013 | |
| 19. | | | | | Shi St. Kitts Passport Application Information, March 11, 2016 | |
| 20. | | | | | Niu 1996-2001 Marshall Islands Passport | |
| 21. | | | | | Niu Marshall Islands Passport, Aug. 29, 2006 | |
| 22. | | | | | Niu Marshall Islands Certificate of Naturalization, August 24, 1996 | |
| 23. | | | | | Shi Chinese Passport Book, issued May 1, 2014 | |
| 24. | | | | | Shi St. Kitts Passport Book, issued October 25, 2013 | |
| 25. | | | | | Niu Marshall Islands Passport Book, issued December 1, 2016 | |
| 26. | | | | | Niu Marshall Islands Passport, issued December 1, 2016, certified documents from Marshall Islands | |
| 27. | | | | | Niu Marshall Islands Identification Card, issued December 12, 2016 | |

| Presiding Judge: The Honorable Darrin P. Gayles | | | | | AUSAs: Will Rosenzweig & Nardia Haye | Defendant's Attorney: David M. Garvin |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Patricia Diaz | Courtroom Deputy: Rehan Ahmad |
| 28. | | | | | Niu Marshall Islands Passport Application, October 30, 2020 | |
| 29. | | | | | Niu Marshall Islands Passport Renewal certificate of approval, October 22, 2020 | |
| 30. | | | | | ADIS CBP Flight records | |
| 31. | | | | | CBP Personal Encounter Detail, November 1, 2016 inbound | |
| 32. | | | | | CBP Personal Encounter Detail, November 2, 2016 outbound | |
| 33. | | | | | CBP Personal Encounter Detail, November 5, 2016 inbound | |
| 34. | | | | | CBP Personal Encounter Detail, February 16, 2017 inbound | |
| 35. | | | | | OBIM SIT, U.S. Visits Record | |
| 36. | | | | | Form 1-765 application | |
| 37. | | | | | December 1, 2016 Shi Engagement Letter | |
| 38. | | | | | Shi 1997 B1B2 Visa | |
| 39. | | | | | Shi 2001 B1B2 Visa | |
| 40. | | | | | Shi 2002 B1B2 Visa | |
| 41. | | | | | Shi 2003 B1B2 Visa | |
| 42. | | | | | Shi 2004 B1B2 Visa | |