UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-CR-20421-GAYLES(s)

UNITED STATES OF AMERICA

vs.                                              **DEFENDANT JIANXIANG SHI'S**
                                                          **WITNESS LIST**

JIANXIANG SHI

    a/k/a "Long Niu,"

        Defendant.

_____/

Defendant, Jianxiang Shi, hereby gives notice that he may call the following individuals as witnesses during the trial of this case:

1. June Teufel Dreyer;

2. Jianxiang Shi;

3. Impeachment/Rebuttal witnesses; and

4. All witnesses listed by the government.

Respectfully submitted,

***David M. Garvin***
David M. Garvin
2333 Ponce De Leon Blvd.
Suite 314
Coral Gables, Florida 33134
Tel: 305-371-8101
Email: ontrial2@gmail.com
Email: dgarvin@garvin.law

*EDI M.O. FAAL*
Edi M.O. Faal
Pro Hac Vice
One Wilshire Blvd.
Suite 2200
Las Angeles, California
Tel: 213-447-3699
Email: edifaalesq@gmail.com

## Certificate of Service

I hereby certify that on the 27th day of July, 2022, I electronically filed the foregoing witness list with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*David M. Garvin*
David M. Garvin