UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20421-GAYLES(s)

UNITED STATES OF AMERICA,

vs.

JIANXIANG SHI

    a/k/a "Long Niu",

    Defendant.
_____/

**AMENDED EXHIBIT LIST OF DEFENDANT, JIANXIANG SHI**

| Presiding Judge: The Honorable Darrin P. Gayles | | | AUSAs: Will Rosenzweig Nardia Haye | | | Defendant's Attorneys: David M. Garvin Edi M.O. Faal | |
|---|---|---|---|---|---|---|---|
| Def. No. | USA No. | Date Offered | Date Admitted | | Witness | Court Reporter: Patricia Diaz | Courtroom Deputy: Rehan Ahmad |
| A | | | | | | SHI Became CITGO's Business Partner in China (1997) SHI-000001 – SHI-000003 | |
| B | | | | | | Nationality Law of the People's Republic of China SHI-000004 – SHI-000005 | |
| C | | | | | | Marriage Law of People's Republic of China SHI-000006 - SHI-000016 | |
| D | | | | | | Marriage Law of People's Republic of China in Chinese. SHI-000017 - SHI-000024 | |
| E | | | | | | US Department of State DS-160: Online Nonimmigrant Visa Application SHI-000025 - SHI-000026 | |
| F | | | | | | Online Nonimmigrant Visa Application DS – 160 EXEMPLAR SHI-000027 - SHI-000109 | |

| | | | | | |
|---|---|---|---|---|---|
| G | | | | | 2016 Marshall Immigration Advertisement<br>SHI-000110 - SHI-000114 |
| H | | | | | St. Kitts Immigration Advertisement<br>SHI-000115 - SHI-000118 |
| I | | | | | Passport - REPUBLIC OF THE MARSHALL ISLAND<br>SHI-000119 - SHI-000136 |
| J | | | | | Passport - ST. KITTS AND NEVIS<br>SHI-000137 - SHI-000169 |
| K | | | | | Passport - Hong Kong<br>SHI-000170 - SHI-000193 |
| L | | | | | Mainland Travel Permit for Hong Kong and Macao Resident<br>SHI-000194 |
| M | | | | | SHI Meeting with Mike Medavoy, Producer of Oscars Winning Films<br>SHI-000195 - SHI-000196 |
| N | | | | | SHI Met with President Barak Obama at the White House<br>SH-000196 - SHI-000199 |
| O | | | | | Oscars Winners Congratulating the Completion of SHI's Feature Film "Air Strike" (aka The Bombing)<br>SHI-000200 - SHI-000203 |
| P | | | | | SHI Meeting with Actor Sylvester Stallone, and Former Congressman David T. Dreier<br>SHI-000204 - SHI-000206 |
| Q | | | | | SHI Attending The Feature Film "The Expendables 4" Signing Ceremony<br>SHI-000207 - SHI-000209 |
| R | | | | | SHI with Leonardo DiCaprio, Oscars Winner<br>SHI-000210 |
| S | | | | | Mike Tyson Played a Role in SHI's Feature Film "IP Man 3". Tyson Gave His Championship Belt to SHI as a Present.<br>SHI-000211 |
| T | | | | | SHI Received Commendation from Los Angeles County Supervisor Mike Antonovich & City of Beverly Hills<br>SHI-000212 - SHI-000214 |

| | | | | | | |
|---|---|---|---|---|---|---|
| U | | | | | | SHI with Antonio Villaraigosa, Former Los Angeles Mayor while Receiving Certificate of Award from U.S. China Film & TV Industry Expo, in Recognition of the Outstanding Achievement in US-China Film Co-Production. SHI-000215 - SHI-000216 |
| V | | | | | | SHI with Avi Arad, Marvel Studios' Chairman, CEO, and Founder & Actor Tobey Maguire (Spider-Man). SHI-000217 - SHI-000218 |
| W | | | | | | SHI with Actor Jamie Foxx SHI-000219 |
| X | | | | | | SHI at U.S.-China Internet Industry Forum (USCIIF) 09/23/2015 SHI-000220 - SHI-000223 |
| Y | | | | | | SHI At Prince Charles' Official Residence Receiving A Gift of Dragon from Prince Charles 10/21/2015. SHI-000224 - SHI-000225 |
| Z | | | | | | SHI's Speech, Book Signing Ceremony, and Receiving Appreciation at the University of Cambridge 10/23/2015. SHI-000226 - SHI-000233 |
| AA | | | | | | SHI is St. Radegund Fellow at the University of Cambridge. SHI-000234 - SHI-000236 |
| AB | | | | | | University of Cambridge Online Records Showing SHI's Fellowship. SHI-000237 |
| AC | | | | | | SHI SHI With Lord Michael Bates, UK Minister of State (Home Office) During the UK-China Business Summit 10/21/2015. SHI-000238 - SHI-000240 |
| AD | | | | | | SHI At The 88th Oscars Awards, and with Oscars Winner Richard Louis Anderson 02/28/2016. SHI-000241 - SHI-000243 |
| AE | | | | | | Retainer Agreement - Alejandra Mayorkas 12/01/2016 SHI-000244 - SHI-000250 |

| | | | | | |
|---|---|---|---|---|---|
| AF | | | | | SHI Received Certificate of Award from Hurun Report (name in Chinese), Ranked as Shanghai's Most Generous Person. SHI-000251 |
| AG | | | | | Certificate of Appreciation from Shechen Monastery Nepal to Shanghai Kuailu Investment Group. SHI-000252 |
| AH | | | | | B1B2 Visa Application 09/19/2011 Submitted, 09/26/2011 Shanghai SHI-000253 - SHI-000257 |
| AI | | | | | B1 Visa Application 09/26/2012 Submitted, 09/27/2012 Shanghai |
| AJ | | | | | B1B2 Visa Application 11/22/2013 Submitted, 11/28/2013 Guangzhou |
| AK | | | | | B1B2 Visa Application 08/06/2014 Submitted, 08/13/2014 Hong Kong |
| AL | | | | | B1B2 Visa Application 09/12/2014 Submitted, 09/19/2014 Vancouver SHI-000273 - SHI-000278 |
| AM | | | | | May 2015 Connexion Magazine SHI-000279 – SHI-000289 |
| AN | | | | | January 2015 Bizmode Magazine SHI-000290 – SHI-000299 |
| AO | | | | | All exhibits listed by the Government. |

Dated: July 30, 2022

Respectfully submitted,

*David M. Garvin*
David M. Garvin
Florida Bar No. 347736
DAVID M. GARVIN, P.A.
Attorney for Defendant, Jianxiang Shi
2333 Ponce De Leon Boulevard
Suite 314
Coral Gables, Florida 33134
Tel: (305) 371-8101
Fax: (305) 371-8848
Email: dgarvin@garvin.law
Email: ontrial2@gmail.com

*Edi M.O. Faal*
Edi M.O. Faal
Pro Hac Vice
Attorney for Defendant, Jianxiang Shi
One Wilshire Blvd.
Suite 2200
Los Angeles, California 90017
Tel: (213) 447-3699
Email: edifaalesq@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of July, 2022, I electronically filed the foregoing Amended Exhibit List of Defendant, Jianxiang Shi, with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*David M. Garvin*
David M. Garvin