UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-20421-Gayles(s)

UNITED STATES OF AMERICA

vs.

JIANXIANG SHI,
    a/k/a "Long Niu,"

    Defendant.
_____/

**UNITED STATES OF AMERICA'S NOTICE REGARDING PROSECUTORS'
COVID-19 EXPOSURE IN ADVANCE OF TRIAL**

The United States of America hereby files this Notice of Covid-19 exposure by the prosecutors in this case, and avers as follows:

1. In the late evening of Friday, July 29, 2022, an agent involved in the Government's witness preparation for this case began feeling ill. He tested negative for Covid-19 that night.

2. At approximately 7:30 p.m. on Saturday, July 30, that agent informed the undersigned of his illness and stated that he had just tested positive for Covid-19.

3. The agent and the undersigned counsel were in a room together for several hours each day from July 26 through July 29. At all times during these meetings, the undersigned counsel, the agent, and all government witnesses were wearing well-fitting masks designed to protect against transmission of Covid-19 and other airborne viruses. The last interaction between Government attorneys and the agent was approximately 5:00pm on July 29.

4. Both undersigned counsel are fully vaccinated against Covid-19 and have received their booster shots. Neither of the undersigned is experiencing any symptoms, and both tested negative for Covid-19 today.

5. Trial in this matter is set for Tuesday, August 2, 2022.

6. The Government makes this disclosure so that the Court can make a full and informed evaluation as to whether to continue the trial to the second week of August or reset the matter to another date.

7. The Government notes for the Court that the Defendant is currently in pretrial detention and that this matter has been reset previously due to the difficulty of obtaining a Mandarin interpreter for the Defendant.

8. The Government also notes that it has an expert witness coming from California set to arrive on Monday morning.

9. The Government is available to provide additional information upon request and will keep the court informed about the symptoms and test results of all Government attorneys and witnesses participating in this matter.

Pursuant to Local Rule 88.9, counsel for the United States attempted to confer with defense counsel about their position on continuing the trial. Due to the need to make this speedy disclosure, the Government was unable to obtain the defense's position.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ *Will J. Rosenzweig*
Will J. Rosenzweig
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Court ID No. A5502698
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9403
Email: Will.Rosenzweig@usdoj.gov

/s/ *Nardia Haye*
Nardia Haye
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Court ID No. A5502738
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9326
Email: Nardia.Haye@usdoj.gov