FILED BY ___KS___ D.C.

Aug 19, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20421-GAYLES(s)
18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

v.

JIANXIANG SHI,
 a/k/a "Long Niu,"

    Defendant.
_____/

**REDACTED**
**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Fraud and Misuse of Visas, Permits, and Other Documents**
**(18 U.S.C. § 1546(a))**

From on or about November 1, 2016, through on or about November 2, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JIANXIANG SHI,**
**a/k/a "Long Niu,"**

did knowingly possess a document prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is a United States nonimmigrant visa, which the defendant knew to be procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
### Fraud and Misuse of Visas, Permits, and Other Documents
### (18 U.S.C. § 1546(a))

On or about November 5, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JIANXIANG SHI,**
a/k/a "Long Niu,"

did knowingly possess and use a document prescribed by statute and regulation for entry into and as evidence of authorized stay in the United States, that is, a United States nonimmigrant visa, which the defendant knew to be procured by means of a false claim and false statement, and to have been otherwise procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
WILL J. ROSENZWEIG
ASSISTANT UNITED STATES ATTORNEY