UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  21-cr-20421-Gayles(s)

UNITED STATES OF AMERICA

vs.

JIANXIANG SHI,

    a/k/a "Long Niu,"

    Defendant.

_____/

## VERDICT FORM

1.    As to **Count 1** of the Superseding Indictment, we, the Jury, unanimously find the Defendant, **JIANXIANG SHI, a/k/a "Long Niu"**:

        GUILTY  X___        NOT GUILTY _____

2.    As to **Count 2** of the Superseding Indictment, we, the Jury, unanimously find the Defendant, **JIANXIANG SHI, a/k/a "Long Niu"**:

        GUILTY  X___        NOT GUILTY _____

                    SO SAY WE ALL

                    _____
                    FOREPERSON OF THE JURY

                    Dated: _Aug 4th, 2022_____