

**NIV Applicant Case Lookup Detail**

The United States Department of State/Bureau of Consular Affairs

Sensitive But Unclassified (SBU)—Information Protected under INA 222(f) and 9 FAM 603: This information shall be considered confidential per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 603. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for V sa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.

| REVOKED | REVOKED | REVOKED |
|---|---|---|

Refer to FPU (Fraud Prevention Unit)

| REVOKED | REVOKED | REVOKED |
|---|---|---|

Matches... (/pls/pub ic/rpt_niv_applicant_detail_match.report?p_julian_dte 13-AUG-2014&p_batch_id 431&p_site_cd HNK&p_niv_case_seq_num 1&p_niv_applicant_id 0001661160&p_detail_ink rpt_niv_applicant_full_detail.report) MATRIX (Match Analytics and Trusted Real-time Identity X-ref)... (/pls/CCD/rpt_ca_person_xref.DETAIL?p_person_id 457082534)

**Issuing Post Name**
HONG KONG (HNK)

**Surname**
SHI

**Given Name**
JIANXIANG

**Control Number**
2014225 431 0001

**Passport Number**
D00357159, Regular

**Gender**
Male

**Date of Birth**
████ 1964

**Nationality**
HNK

**Place of Birth**
China (CHIN)

**City of Birth**
SHANGHAI

**10 Prints**
Yes

**Fingerprint 1**
Not Available

**Fingerprint 2**
Not Available

**DHS (Department of Homelands Security) FIN (Fingerprint) ID**
1084607220

---

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 21-cr-20421-Gayles(s)

EXHIBIT NO. 3

JS00574

JS00575

JS00576

**Additional Case Notes**

There are presently no additional case notes for this case.

| Date Entered | User ID | Memo |
|---|---|---|
| 13-AUG-2014 | PALOMBOJR | IWP renewal, random int HK. Business man from Shanghai, to NY for 10 days of business meetings. Has 10 years of good US travel. Now applying for the first time in HK ID doc. ok |
| 23-FEB-2017 | NIV_AUTOID | **SYSTEM GENERATED** Package Key 570135 This visa was revoked by the Department of State. Please see 9 FAM 41.122 PN12.3 for additional information. **SYSTEM_GENERATED** |

**Adjudication Data**

Adjudication 1
- Interviewed By: PALOMBOJR
- Adjudicated By: PALOMBOJR
- Authorized By: PALOMBOJR
- Decision: Issued
- Adjudication Date: 13-AUG-2014 10 20
- Authorized Date: 13-AUG-2014 10 20

**Visa Data**

- Visa Class: Visitor For Business And Pleasure (B1/B2)
- Status: Revoked
- Last Modified: 23-FEB-2017
- Issued: 14-AUG-2014
- Entries: M
- Foil Number: J5845873
- Type:
- Date Printed: 14-AUG-2014
- Annotation:
- Visa Type: R
- Modified by: NIV_AUTOID
- Expires: 12-AUG-2024
- Validity: 120
- Status: Printed and passed QA
- Modified by: NIV_AUTOID
- Date Spoiled: 23-FEB-2017

**Foil History**

| Foil Number | Class | Printed | Foil Status | Date Spoiled |
|---|---|---|---|---|
| J5845873 | B1/B2 | 14-AUG-2014 | Printed and passed QA | 23-FEB-2017 |

**Application Data**

- Receipt Date: 06-AUG-2014 05 01
- Applicant Source: Walk-In
- Passport Number: D00357159
- Passport Issue Date: 01-MAY-2014
- Passport City: HONGKONG HNK
- Appointment Date: 13-AUG-2014
- National ID: M334542A
- Case Created by: [redacted]
- Passport Book Number:
- Passport Expires: 01-MAY-2024
- Passport Country: HNK
- Occupation: BUSINESS
- Employer: SHANGHAI KUAILU IMESTMENT GROUP
- Previous Visa Class: B1/B2
- Previous Visa Issued: 03-DEC-2013
- STC Name: 2457,1696 4382
- Address: 14 TREGUNTER PATH. TREGUNTER TOWER1 24A MID LEVEL
- City: HK
- Country: HNK
- Telephone: 13816611111 (home) 02152896666 (work) 85291980339 (other)
- Contact Name:
- Contact Phone(s): 6465787015
- Postal Code:
- Email: SHIJIANXIANG0927@126.COM

**Associated Case(s)**

There are presently no other cases known to be associated with this case.

**NIV Online Application**

View NIV Online Application Detail (/CEACWeb/GENNIVReport/webpages/GENNIVReview.aspx?
p_user_id PAIKDB&p_credentials 25EA1B901C234D0F5B9174BE008A109A102370760799&p_site_cd HNK&p_clist 25EA1B901C234D0F5B9174BE008A109A102370760799&p_timeout 30&p_location_cd 124&p_barcode_num AA004BKSGC&p_system NI\

**Scanned Documents**

There are presently no known documents associated with this case.

Namecheck Detail (/pls/public/rpt_niv_nc_detail.report?p_JULIAN_dte 13-AUG-2014&p_batch_id 431&p_niv_case_seq_num 1&p_niv_applicant_id 0001661160&p_site_cd HNK)
IDENT (Automated Biometric Identification System) History (/pls/public/rpt_ident_history.report?p_niv_julian_dte 13-AUG-2014&p_niv_batch_id 431&p_niv_case_seq_num 1&p_niv_applicant_id 0001661160&p_site_cd HNK&p_given_name JIANXIANG&p_surname SHI&p_dob 27SEP1964)
FR Match (/pls/public/frm_niv_fr_match_lookup.report?p_source_id 1027632098)   BCC Detail
Audit Detail (/pls/public/rpt_niv_audit_detail.report?p_julian_dte 13-AUG-2014&p_batch_id 431&p_niv_case_seq_num 1&p_niv_applicant_id 0001661160&p_site_cd HNK)   SAO Detail
ADIS Results (/pls/CCD/rpt_adis_detail.report?p_system_id NIV&p_system_key 2014225 431 0001 0001661160 HNK&p_site_cd HNK)