CEAC DS-160 Report

CEAC DS-160 Report - Sensitive But Unclassified(SBU)

| | | |
|---|---|---|
| All security questions are answered 'NO'. | BARCODE #: AA006DR1Y2<br>STATUS: SUBMITTED | ⚠ Data Check Pending |

## ⏷ REMARKS

| Seq. | Section | Remarks | Added By | Submit Date | Site Code |
|---|---|---|---|---|---|

## ⏷ PERSONAL

| | |
|---|---|
| Name Provided: | SHI, JIANXIANG |
| Full Name in Native Language: | DOES NOT APPLY/TECHNOLOGY NOT AVAILABLE |
| Other Names Used: | NO |
| Do you have a telecode that represents your name? | NO |
| Date of Birth: | ▮▮▮▮▮▮▮▮ 1964 |
| Country/Region of Birth: | SHANGHAI, CHINA |
| Country/Region of Origin (Nationality): | ST. KITTS AND NEVIS |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | YES |
| (1) Other Country/Region of Origin (Nationality): | CHINA |
| Do you hold a passport for the other country/region of origin (nationality) above? | NO |
| Are you a permanent resident of a country/region other than your country/region of origin (nationality) indicated above? | NO |
| Sex: | MALE |
| Marital Status: | MARRIED |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

## ⏷ PASSPORT

| | |
|---|---|
| Passport/Travel Document Type: | REGULAR |
| Passport/Travel Document Number: | RE0011930 |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport/Travel Document: | ST. KITTS AND NEVIS |
| City Where Issued: | BASSETERRE |
| Country/Region Where Issued: | ST. KITTS AND NEVIS |
| Issuance Date: | 25 OCTOBER 2013 |
| Expiration Date: | 24 OCTOBER 2023 |
| Have you ever lost a passport or had one stolen? | NO |

## ⏷ WORK, EDUCATION AND TRAINING

### Present Work/Education/Training

| | |
|---|---|
| Primary Occupation: | BUSINESS |
| Present Employer or School Name: | AZOUA INVESTMENT CORP |
| Address: | 5496 VICTORIA DRIVE |
| City: | VANCOUVER |
| State/Province: | BRITISH COLUMBIA |
| Postal Zone/Zip Code: | V5P3V8 |
| Country/Region: | CANADA |
| Work Phone Number: | 6044285818 |
| Monthly Income in Local Currency(if employed): | 10000 |
| Briefly Describe your Duties: | I AM THE OWNER OF THE BUSINESS |

### Previous Work/Education/Training

| | |
|---|---|
| Were you previously employed? | YES |
| (1) Employer Name: | SHANGHAI KUAILU INVESTMENT GROUP |
| Employer Address: | 32, 1438 HONGQIAO ROAD |
| City: | SHANGHAI |
| State/Province: | DOES NOT APPLY |
| Postal Zone/Zip Code: | 200051 |

## ⏷ TRAVEL

| | |
|---|---|
| The List of Purposes of Trip to the U.S. | |
| (1) Purpose of Trip: | TEMP. BUSINESS PLEASURE VISITOR (B) |
| Specify: | BUSINESS & TOURISM (TEMPORARY VISITOR) (B1/B2) |
| Specific Travel Plan? | NO |
| Intended Date of Arrival: | 01 NOVEMBER 2016 |
| Intended Length of Stay in U.S.: | 2 WEEK(S) |
| Address where you will stay in the U.S.: | 50 CENTRAL PARK S<br>NEW YORK, NEW YORK 10019 |
| Person/Entity Paying for Your Trip: | SELF |

## ⏷ TRAVEL COMPANION

| | |
|---|---|
| Other Persons Traveling with You: | YES |
| Are you traveling as part of a group or organization? | NO |
| Persons Traveling with You: | |
| (1) Name: | WANG, MINDY KEXIAN |
| Relationship to You: | SPOUSE |

## ⏷ US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | MOY, AARON |
| Organization Name in the U.S.: | DO NOT KNOW |
| Relationship to You: | FRIEND |
| U.S. Contact Address: | 3E-7716 KENNEDY BLVD.<br>NORTH BERGEN, NEW JERSEY 07047 |
| Phone Number: | 9179818872 |
| Email Address: | DOES NOT APPLY |

## ⏷ PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | YES |
| Provide information on your last five U.S. visits: | |
| (1) Date Arrived: | 11 APRIL 2016 |
| Length of Stay: | 2 MONTH(S) |
| Do you or did you hold a U.S. Driver's License? | NO |
| Have you ever been issued a U.S. Visa? | YES |
| Date Last Visa was Issued: | 14 AUGUST 2014 |
| Visa Number: | J5845873 |
| Are you applying for the same type of visa? | YES |
| Are you applying in the same country or location where the visa above was issued, and is this country or location your place of principal of residence? | NO |
| Have you been ten-printed? | YES |
| Has your U.S. Visa ever been lost or stolen? | NO |
| Has your U.S. Visa ever been cancelled or revoked? | NO |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | NO |
| Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? | NO |

## ⏷ SECURITY AND BACKGROUND

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 4

| | |
|---|---|
| Country/Region: | CHINA |
| Telephone Number: | 02152896666 |
| Job Title: | CEO |
| Supervisor's Surnames: | DO NOT KNOW |
| Supervisor's Given Names: | DO NOT KNOW |
| Employment Date From: | 01 SEPTEMBER 1999 |
| Employment Date To: | 11 SEPTEMBER 2016 |
| Briefly describe your duties: | OWNER OF THE COMPANY CONDUCT INVESTMENTS FOR THE COMPANY |
| Have you attended any educational institutions at a secondary level or above? | YES |
| (1) Name of Institution: | SHANGHAI UNIVERSITY |
| Address of Institution: | 99 SHANG DA ROAD |
| City: | SHAGNHAI |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | 200444 |
| Country/Region: | CHINA |
| Course of Study: | MASTER OF BUSINESS ADMINISTRATION |
| Date of Attendance From: | 01 JULY 1987 |
| Date of Attendance To: | 31 DECEMBER 1991 |

**Additional Work/Education/Training**

| | |
|---|---|
| Do you belong to a clan or tribe? | NO |
| Provide a List of Languages You Speak | |
| (1) Language Name: | MANDARIN |
| Have you traveled to any countries/regions within the last five years? | YES |
| Provide a List of Countries/Regions Visited | |
| (1) Country/Region: | CANADA |
| (2) Country/Region: | UNITED STATES OF AMERICA |
| (3) Country/Region: | CHINA |
| (4) Country/Region: | KOREA, REPUBLIC OF (SOUTH) |
| (5) Country/Region: | INDONESIA |
| (6) Country/Region: | AUSTRALIA |
| (7) Country/Region: | THAILAND |
| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | NO |
| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | NO |
| Have you ever served in the military? | NO |
| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | NO |

**ADDRESS AND PHONE**

| | |
|---|---|
| Home Address: | **1578 CHIPPENDALE ROAD** |
| City: | **WEST VANCOUVER** |
| State/Province: | **BRITISH COLUMBIA** |
| Postal Zone/ZIP Code: | **V7S 3G6** |
| Country/Region: | **CANADA** |
| Same Mailing Address? | YES |
| Primary Phone Number: | 6478316258 |
| Secondary Phone Number: | DOES NOT APPLY |
| Work Phone Number: | DOES NOT APPLY |
| Email Address: | SHINOWANG1101@HOTMAIL.COM |

**FAMILY**

**Relatives**

| | |
|---|---|
| Father's Surnames: | SHI |
| Father's Given Names: | WEI GUO |
| Father's Date of Birth: | ▮▮▮▮ 1934 |
| Is your father in the U.S.? | NO |
| Mother's Surnames: | NIU |
| Mother's Given Names: | BAO QING |
| Mother's Date of Birth: | ▮▮▮▮ 1934 |
| Is your mother in the U.S.? | NO |

**Part 1**

| | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.) | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |

**Part 2**

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |

**Part 3**

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years? | |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment or the use of child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will? | NO |
| Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue? | NO |

**Part 4**

| | |
|---|---|
| Have you ever been the subject of a removal or deportation hearing? | NO |
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you failed to attend a hearing on removability or inadmissibility within the last five years? | NO |
| Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa? | NO |

**Part 5**

| | |
|---|---|
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |

5/31/22, 4:21 PM                                                                                          CEAC DS-160 Report

| | |
|---|---|
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

| Spouse | |
|---|---|
| Spouse's Full Name: | WANG,MINDY KEXIAN |
| Date of Birth: | 01 NOVEMBER 1983 |
| Country/Region of Origin (Nationality): | CANADA |
| City of Birth: | SHANGHAI |
| Country/Region of Birth: | CHINA |
| Address: | SAME AS HOME ADDRESS |

Have you attended a public elementary school on student (F) status or a public secondary school after November 30, 1996 without reimbursing the school? — NO

## LOCATION, PREPARER AND SUBMISSION

| Current Location | |
|---|---|
| Location where you will be submitting your application: | VANCOUVER |
| CEAC Version NO: | 01.02.03 |

| Preparer of Application | |
|---|---|
| Did anyone assist you in filling out this application? | YES |
| Preparer Surnames: | WU |
| Preparer Given Names: | LUCY |
| Organization Name: | DOES NOT APPLY |
| Street Address: | 1578 CHIPPENDALE ROAD |
| City: | WEST VANCOUVER |
| State/Province: | BRITISH COLUMBIA |
| Postal Zone/ZIP Code: | V7S3G6 |
| Country/Region: | CANADA |
| Relationship to You: | EMPLOYEE |

| Submission | |
|---|---|
| Creation IP Address: | 50.68.241.112 |
| Submission IP Address: | 50.68.241.112 |
| Date of Submission: | 12 SEPTEMBER 2016 09:42:48 PM (GMT -05.00) |

## SIGN AND SUBMIT LANGUAGE

## Data Check Details

| Seq. | Data Check Type | Data Checked By | Data Checked Date | Site Code |
|---|---|---|---|---|
| (1) | BIODATA VERIFIED W/TRAVEL DOC | ▆▆▆▆ | 2016-09-16 | VAC |

To Top

Data Check Type: - SELECT ONE -

**Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".**

0 of 4000 characters entered.

*Note: Per VO guidance, once the DS-160 is reopened the applicant must resubmit the DS-160 before further NIV processing.*

**Are you sure that you want to request the previous report to display?**

JS00596