

**NIV Applicant Case Lookup Detail**                    The United States Department of State/Bureau of Consular Affairs

Sensitive But Unclassified (SBU)–Information Protected under INA 222(f) and 9 FAM 603: This information shall be considered confidential per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 603. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for V sa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.

| REVOKED | REVOKED | REVOKED |
|---|---|---|

Refer to FPU (Fraud Prevention Unit)

| REVOKED | REVOKED | REVOKED |
|---|---|---|

Matches… (/pls/pub c/rpt_niv_applicant_detail_match.report?p_julian_dte 14-SEP-2016&p_batch_id 299&p_s te_cd VAC&p_niv_case_seq_num 1&p_niv_applicant_id 0000928762&p_detail_link rpt_niv_applicant_full_detail.report) MATRIX (Match Analytics and Trusted Real-time Identity X-ref)…
(/pls/CCD/rpt_ca_person_xref.DETAIL?p_person_id 519758886)

**Issuing Post Name**
VANCOUVER (VAC)
**Surname**
SHI
**Given Name**
JIANXIANG

**Control Number**
2016258 299 0001

**Passport Number**          **Gender**          **Date of Birth**          **Nationality**
RE0011930, Regular           Male                ▮▮▮ 1964               STCN

**Place of Birth**                                **City of Birth**
China (CHIN)                                      SHANGHAI

**10 Prints**          **Fingerprint 1**          **Fingerprint 2**          **DHS (Department of Homelands Security) FIN (Fingerprint) ID**
Yes                   Not Available             Not Available              1084607220



GOVERNMENT EXHIBIT
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 5

JS00578

Case 1:21-cr-20421-DPG   Document 85-5   Entered on FLSD Docket 08/12/2022   Page 2 of 4

JS00579

**Additional Case Notes**
There are presently no additional case notes for this case.

JS00580

