**NIV Applicant Case Lookup Detail**     The United States Department of State/Bureau of Consular Affairs

Sensitive But Unclassified (SBU)—Information Protected under INA 222(f) and 9 FAM 603: This information shall be considered confidential per Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. Section 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under INA 222(f) and 9 FAM 603. Do not access this information in anything other than an official capacity, and do not share it without the permission of the Department of State. If this record is for V sa Class LPR, the subject of the record is a lawful permanent resident of the U.S., and the personally identifiable information (PII) contained in the record is subject to the Privacy Act of 1974 and must be protected in accordance with those provisions.

Refer to FPU (Fraud Prevention Unit)

Matches... (/pls/public/rpt_niv_applicant_detail_match.report?p_julian_dte=29-NOV-2013&p_batch_id=879&p_site_cd=GUZ&p_niv_case_seq_num=7&p_niv_applicant_id=0002458415&p_detail_link=rpt_niv_applicant_full_detail.report) MATRIX (Match Analytics and Trusted Real-time Identity X-ref)... (/pls/CCD/rpt_ca_person_xref.DETAIL?p_person_id=14004079)



**Issuing Post Name**
GUANGZHOU (GUZ)

**Surname**
SHI

**Given Name**
JIANXIANG

**Control Number**
2013333 879 0007

**Passport Number**
G26808120, Regular

**Gender**
Male

**Date of Birth**
████ 1964

**Nationality**
CHIN

**Place of Birth**
China (CHIN)

**City of Birth**
SHANGHAI

**Fingerprints**
Fingerprints reused from 2008365 581 0013 (/pls/public/rpt_niv_applicant_full_detail.report?p_julian_dte=30-DEC-2008&p_batch_id=581&p_niv_case_seq_num=0013&p_niv_applicant_id=0001372583&p_site_cd=SHG)

**DHS (Department of Homelands Security) FIN (Fingerprint) ID**
1084607220



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 13

JS00570

JS00571

JS00572

