**MINISTRY OF NATIONAL SECURITY — ST CHRISTOPHER & NEVIS**

To avoid delay, answers to all relevant sections should be completed in ink.

Please fill out the form in BLOCK CAPITALS.

NOTE: Do not sign this form until you have read all notes on page 1.

Passport Number: RE0911930

Application No: 177419

Application for Adult [✓]   Application for Child under Age 16 [ ]

**1.**
- Surname: SHI   [✓] Mr  [ ] Mrs  [ ] Ms  [ ] Miss
- Christian Names: JIANXIANG
- Maiden Name: (if applicant is a woman who is or has been married)
- Has name been changed otherwise than by marriage? [✓] No  [ ] Yes
- Age last birthday: 48
- Place and country of birth: SHANGHAI PRC
- Date of Birth: [REDACTED]-1964
- Occupation: CHAIRMAN
- Present address: RM. 601, NO. 16, LANE 11, HONGGU ROAD, CHANGNING DISTRICT, SHANGHAI.
- Usual place of residence: PRC
- Contact numbers: +86 138 166 11111

Status: [✓] Single  [ ] Married  [ ] Widowed  [ ] Divorced  [ ] Legally Separated

Gender: [✓] Male  [ ] Female

**PERSONAL DESCRIPTION**
- Height: 5 feet 11 inches
- Colour of eyes: BROWN
- Colour of hair: BLACK
- Special peculiarities (visible): NA

**2. CITIZENSHIP**

Citizen of St. Kitts and Nevis by: [ ] Birth  [ ] Descent  [ ] Marriage  [ ] Residence  [ ] Registration  [✓] Investment

If born in: [ ] St. Kitts  [ ] Nevis   Birth Certificate no. .........   Parish .........

If born outside of St. Kitts and Nevis, particulars of Certificate of Citizenship/Registration

Number of Certificate: 19059   Date of Issue: 15/09/13

Section 3(5)

**3. PERSONS WHO ARE CITIZENS OF SAINT CHRISTOPHER (ST. KITTS) AND NEVIS BY DESCENT**

Name of parent/grandparent that was born in St. Kitts and Nevis .........

Place of Birth .........   Date of Birth .........

**4. PERSONS WHO ARE CITIZENS OF SAINT CHRISTOPHER (ST. KITTS) AND NEVIS BY MARRIAGE ONLY**

Name of Spouse .........   Place of Birth .........

If spouse was born outside of the Federation, Certificate of Citizenship number: .........

Place of Marriage .........   Date of Marriage .........

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 17

| 5 | CHILDREN UNDER 16 (if to be included in passport upon initial application) | | | | |
|---|---|---|---|---|---|
| | Christian Names | Surname | Place and Country of Birth | Date of Birth | Gender and Relationship to Applicant |
| | | | | | |
| | | | | | |
| | | | | | |

**6** PASSPORT REQUIRED FOR TRAVELLING TO ......... GLOBAL TRAVEL ..........

PURPOSE OF TRAVEL ......... LEISURE ..........

**7** THIS SECTION IS TO BE COMPLETED BY THE PARENT OR LEGAL GUARDIAN OF A CHILD UNDER AGE 16

**DECLARATION**

I, _____ the undersigned, hereby apply for the issue of a passport to the above-named child. I declare that the information given in this application is correct to the best of my knowledge and belief, and that the child has not lost the status of Citizen of Saint Christopher (St. Kitts) and Nevis.

I further declare *(cross out "A" or "B", whichever does not apply)*:

A - that the child has not previously held or applied for a passport of any description;

B - that all previous passports granted to the child have been surrendered, other than passport or travel document No.................... which is now attached, and that no other application for a passport has been made since the attached passport or travel document was issued to him/her.

Name .................................................   Relationship to Child .....................................

Signed ...............................................   Date .............................................................

NOTE: If the child has had a passport which has been lost, cross out A and B and complete Section 10

**8** THIS SECTION IS TO BE COMPLETED BY APPLICANT OVER AGE 16

I, the undersigned, declare that the information given in the application is correct and

a. that I have not lost the status of Citizenship of Saint Christopher (St. Kitts) and Nevis
b. that I have not previously held or applied for any passport or
c. that all previous passports granted to me have been cancelled other than passport no. ............................ which is now attached and that I have not made no other application for a passport since the attached passport was issued to me.

Signature ..X...../s/............   Date ......10/10/13............



JS00461