

A0386-C

**GOVERNMENT EXHIBIT**

CASE NO. 21-cr-20421-Gayles(s)

EXHIBIT NO. 23





**DEFENDANT'S EXHIBIT**

**K**

Case No. 21-CR-20421-DPG(s)

SHI-000170



SHI-000171



SHI-000172



SHI-000173



SHI-000174



SHI-000175



SHI-000176



SHI-000177



SHI-000178



SHI-000179



SHI-000180



SHI-000181



VISAS and ENDORSEMENTS

23

D00357159

**VISA**

대 한 민 국
REPUBLIC OF KOREA

HK6000230
0998

성/Surname
SHI

명/Given Name
JIANXIANG

M04233843

생년월일/Birth Date
1964

성별/Sex
M

체류자격/Status
단기방문(C-3-9)

체류기간/Period of Sojourn
030DAYS

종류/Entries
MULTIPLE

발급일/Issue Date
2016/01/11

입국만료일/Final Entry Date
2017/01/11

발급지/Issued at
HK

비고/Remarks

V<KORSHI<<JIANXIANG<<<<<<<<<<<<<<<<<<<<<<<<<<<
D003571595HKG6409270M1701119HK16VC000076<<<<

SHI-000182



SHI-000183



SHI-000184



SHI-000185



SHI-000186



SHI-000187



SHI-000188



SHI-000189



SHI-000190



SHI-000191



SHI-000192



SHI-000193