

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 21-cr-20421-Gayles(s)

EXHIBIT NO. 25

**DEFENDANT'S EXHIBIT**

**I**

Case No. 21-CR-20421-DPG(s)

SHI-000119



REPUBLIC OF THE MARSHALL ISLANDS

Passport/
Passeport

Type/ Type **P**   Country code/Code du pays **MHL**   Passport no./ no. du passeport **C122841**

Surname/ Nom
**NIU**
Given names/ Prénom
**LONG**
Nationality/ Nationalité
**MHL**   Personal no. /no. personnel **09271964**
Date of birth/ Date de naissance **64**   Place of birth/ Lieu de naissance
Sex/ Sexe **M**   **CHINA**
Date of issue/ Date de délivrance   Authority/ Autorité
**01 DEC/DEC 16**   **MAJURO**
Date of expiry/ Date d'expiration
**01 DEC/DEC 21**

**C122841**

P<MHLNIU<<LONG<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
C122841<<8MHL6409270M2112013<<<<<<<<<<<<<<<4



SHI-000121



SHI-000122



SHI-000123



SHI-000124



SHI-000125



SHI-000126



SHI-000127



SHI-000128



SHI-000129



SHI-000130



SHI-000131



SHI-000132



SHI-000133



SHI-000134



SHI-000135



SHI-000136