6/14/22, 11:38 AM



**ADIS - Search Details**
Arrival and Departure Information System
U.S. Customs and Border Protection
U.S. Department of Homeland Security



Person ID ▮▮▮▮  NIU, Long

## Person Details

| | |
|---|---|
| Last Name | NIU |
| First Name | LONG |
| Middle Name | -- |
| DOB | ▮▮▮ 1964 |
| | (57 yrs) |
| Gender | Male |

| | |
|---|---|
| Last FIN | 1084607220 |
| IDENT EID | 4038949483 |
| Last EID | 02/23/2017 |
| In Country Flag | N |
| Days in Country | -- |
| Overstay Status | LS |
| Overstay Days | 0 |

| | |
|---|---|
| Current COA | MIS |
| Country of Citizenship | MHL |
| Country of Birth | CHN |
| Latest Arrival | 02/16/2017 |
| Latest Departure | 02/23/2017 |
| Latest I-94 | 25582016285 |

## Arrival - 02/16/2017 05:41 pm

| | |
|---|---|
| Admission COA | MIS |
| Adj Admission COA | -- |
| Primary Action Code | ▮▮▮ |
| Carrier | D6A |
| Flight Number | 5155 |
| Travel Mode | A |
| Consumer ID | -- |
| Location | LVG |
| Site Code | ▮▮▮ |
| Lane | YR01 |
| Destination Address | WYNN HOTEL |
| City | LAS VEGAS |
| State / ZIP | NV  91406 |

| | |
|---|---|
| Admit Until Date | -- |
| Adj Admit Until Date | -- |
| I-94 Number | 25582016285 |
| Traveler Status | ▮▮▮ |
| Overstay Days | 0 |
| Overstay Status | LS |
| Closed Visit | YES |
| Transit Mode | -- |
| Biometric Facial | -- |
| Vessel Number | -- |
| Vessel Name | -- |
| Received Date | -- |
| Valid From Date | -- |
| CLAIMS3 Receipt No | -- |
| CLAIMS3 Seq | -- |
| CLAIMS3 Form Type | -- |
| Provision of Law Code | -- |
| Provision of Law | -- |
| SEVIS ID | -- |
| SEVIS Action | -- |
| SEVIS Status | ▮▮▮ |
| SEVIS Stat Chg Date | -- |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 30

Law Enforcement Sensitive - For Official Use Only

JS00624

6/14/22, 11:38 AM                                                                 ADIS - Search Details

### Event Documents

| Doc Type | Doc No | Doc Country | Exp Date |
| --- | --- | --- | --- |
| PASSPORT | C122841 | MHL | 12/01/2021 |

### Observation Comments

| Date | Type | Comments |
| --- | --- | --- |

### Events (49)

| Event Type | Event Date | Last Name | First Name | DOB | R Code | Location | FIN | Action Code | Event COA | Event AUD | Document Info | Mode-Carrier:Number | Category |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PENDING | 07/17/2018 12:00 am | NIU | LONG | 1964 | -- | UNK | -- | -- | UU | -- | U -UNK-undefined | -- | AOS |
| DENIED | 10/02/2017 12:00 am | NIU | LONG | 1964 | -- | UNK | -- | -- | UU | -- | U -UNK-undefined | -- | AOS |
| DENIED | 09/29/2017 12:00 am | NIU | LONG | 1964 | -- | UNK | -- | -- | UU | -- | U -UNK-undefined | -- | AOS |
| DENIED | 09/27/2017 12:00 am | NIU | LONG | 1964 | -- | UNK | -- | -- | UU | -- | U -UNK-undefined | -- | AOS |
| PENDING | 04/11/2017 12:00 am | NIU | LONG | 1964 | -- | UNK | -- | -- | UU | -- | U -UNK-undefined | -- | AOS |
| PENDING | 03/27/2017 12:00 am | NIU | LONG | 1964 | -- | UNK | -- | -- | UU | -- | U -UNK-undefined | -- | AOS |
| Imp_DOS_Depart | 02/23/2017 09:31 am | SHI | JIANXIANG | 1964 | LS | -- | 1084607220 | -- | -- | -- | VN -USA-L6657200 | -- | TRAVEL |
| Arrival | 02/16/2017 05:41 pm | NIU | LONG | 1964 | LS | LVG | 1084607220 | Confirmed | MIS | -- | P -MHL-C122841 | A-D6A:5155 | TRAVEL |
| DepartureOnBrd | 02/07/2017 01:30 am | SHI | JIANXIANG | 1964 | LS | LOS | -- | Reported | -- | -- | P -KNA-RE0055028 | A-FJ:811 | TRAVEL |
| Arrival | 11/05/2016 08:46 pm | SHI | JIANXIANG | 1964 | LS | MIA | 1084607220 | Confirmed | B2 | 05/03/2017 | V -USA-L6657200 | A-AA:318 | TRAVEL |
| DepartureOnBrd | 11/02/2016 11:12 am | SHI | JIANXIANG | 1964 | LS | MIA | -- | Reported | -- | -- | P -CHN-D00357159 | A-AA:318 | TRAVEL |
| Arrival | 11/01/2016 07:51 am | SHI | JIANXIANG | 1964 | LS | VCV | 1084607220 | Confirmed | B2 | 04/30/2017 | V -USA-J5845873 | A-UA:2023 | TRAVEL |
| FIN_DOS_ISS | 09/19/2016 09:02 am | SHI | JIANXIANG | 1964 | -- | -- | 1084607220 | -- | -- | -- | VN -USA-L6657200 | -- | INFO |
| FIN_DOS_APP | 09/16/2016 02:07 pm | SHI | JIANXIANG | 1964 | -- | -- | 1084607220 | -- | -- | -- | P -KNA-RE0011930 | -- | INFO |
| FIN_DOS_APP | 09/16/2016 02:07 pm | SHI | JIANXIANG | 1964 | -- | -- | 1084607220 | -- | -- | -- | P -KNA-RE0011930 | -- | INFO |
| DepartureCBSA | 06/21/2016 07:34 pm | SHI | JIANXIANG | 1964 | LS | 813 | -- | External | -- | -- | 13 -CHN-D00357159 | L | TRAVEL |
| DepartureNotBrd | 05/12/2016 02:55 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | -- | -- | P -CHN-D00357159 | A-CX:883 | INFO |
| Arrival | 04/11/2016 05:47 pm | SHI | JIANXIANG | 1964 | LS | LOS | 1084607220 | Confirmed | B2 | 10/10/2016 | V -USA-D00357159 | A-CX:882 | TRAVEL |
| Arrival | 04/11/2016 12:00 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | UN | -- | P -CHN-D00357159 | A-CX:882 | INFO |
| DepartureOnBrd | 04/09/2016 03:55 am | SHI | JIANXIANG | 1964 | LS | LOS | -- | Reported | -- | -- | P -CHN-D00357159 | A-CX:881 | TRAVEL |

Law Enforcement Sensitive - For Official Use Only

JS00625

6/14/22, 11:38 AM                                           ADIS - Search Details

| Type | Date | Last | First | DOB | Class | Port | ID | Status | Visa | Visa Exp | Passport | Carrier | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arrival | 03/31/2016 02:25 pm | SHI | JIANXIANG | 1964 | LS | LOS | 1084607220 | Confirmed | B2 | 09/29/2016 | V -USA- D00357159 | A-CX:884 | TRAVEL |
| Departure | 02/29/2016 09:00 am | SHI | JIANXIANG | 1964 | LS | ANC | -- | Reported | -- | -- | P -HKG- D00357159 | A-*GA:B5286 | TRAVEL |
| Arrival | 02/25/2016 08:22 pm | SHI | JIANXIANG | 1964 | LS | ANC | 1084607220 | Confirmed | B2 | 08/24/2016 | P -HKG- D00357159 | A-*GA:B5286 | TRAVEL |
| Arrival | 01/29/2016 12:00 am | SHI | JIANXIANG | 1964 | -- | HHW | -- | Reported | UN | -- | P -HKG- D00357159 | A-*GA:B8270 | INFO |
| DepartureNotBrd | 12/09/2015 03:40 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | -- | -- | P -HKG- D00357159 | A-CA:984 | INFO |
| DepartureOnBrd | 12/07/2015 04:20 pm | SHI | JIANXIANG | 1964 | LS | LOS | -- | Reported | -- | -- | P -CHN- D00357159 | A-CA:988 | TRAVEL |
| DepartureNotBrd | 12/07/2015 03:40 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | -- | -- | P -CHN- D00357159 | A-CA:984 | INFO |
| Arrival | 12/05/2015 03:41 pm | SHI | JIANXIANG | 1964 | LS | LOS | 1084607220 | Confirmed | B2 | 06/04/2016 | PH -CHN- D00357159 | A-CX:882 | TRAVEL |
| Departure | 11/11/2015 08:00 am | SHI | JIANXIANG | 1964 | LS | ANC | -- | Reported | -- | -- | P -CHN- D00357159 | A-ROJ:5 | TRAVEL |
| Arrival | 11/03/2015 04:02 pm | SHI | JIANXIANG | 1964 | LS | BGM | 1084607220 | Confirmed | B2 | 05/02/2016 | P -HKG- D00357159 | A-ROJ:ROJ05 | TRAVEL |
| DepartureNotBrd | 09/30/2015 04:40 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | -- | -- | P -CHN- D00357159 | A-CA:984 | INFO |
| Departure | 09/29/2015 09:17 am | SHI | JIANXIANG | 1964 | LS | ANC | -- | Reported | -- | -- | P -HKG- D00357159 | A-742:1732 | TRAVEL |
| DepartureOnBrd | 09/29/2015 04:40 am | SHI | JIANXIANG | 1964 | LS | LOS | -- | Reported | -- | -- | P -CHN- D00357159 | A-CA:984 | TRAVEL |
| DepartureNotBrd | 09/28/2015 08:05 pm | SHI | JIANXIANG | 1964 | -- | SEA | -- | Reported | -- | -- | P -CHN- D00357159 | A-DL:129 | INFO |
| Arrival | 09/22/2015 11:32 am | SHI | JIANXIANG | 1964 | LS | SEA | 1084607220 | Confirmed | B2 | 03/21/2016 | P -CHN- D00357159 | A-DL:588 | TRAVEL |
| DepartureOnBrd | 03/03/2015 01:30 am | SHI | JIANXIANG | 1964 | LS | LOS | -- | Reported | -- | -- | P -HKG- D00357159 | A-CX:883 | TRAVEL |
| DepartureNotBrd | 03/03/2015 01:30 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | -- | -- | P -HKG- D00357159 | A-CX:883 | INFO |
| Arrival | 02/20/2015 12:54 am | SHI | JIANXIANG | 1964 | LS | LOS | 1084607220 | Confirmed | B2 | 08/18/2015 | PH -CHN- D00357159 | A-CX:880 | TRAVEL |
| Arrival | 02/19/2015 12:00 am | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | UN | -- | P -HKG- D00357159 | A-CX:880 | INFO |
| DepartureOnBrd | 12/13/2014 12:25 pm | SHI | JIANXIANG | 1964 | LS | WAS | -- | Reported | -- | -- | P -CHN- D00357159 | A-UA:807 | TRAVEL |
| Arrival | 12/10/2014 06:39 pm | SHI | JIANXIANG | 1964 | LS | CHI | 1084607220 | Confirmed | B1 | 06/09/2015 | P -CHN- D00357159 | A-UA:836 | TRAVEL |
| DepartureOnBrd | 11/06/2014 01:30 am | SHI | JIANXIANG | 1964 | LS | LOS | -- | Reported | -- | -- | P -CHN- D00357159 | A-CX:883 | TRAVEL |
| DepartureNotBrd | 10/29/2014 04:40 pm | SHI | JIANXIANG | 1964 | -- | LOS | -- | Reported | -- | -- | P -CHN- D00357159 | A-UA:198 | INFO |
| Arrival | 10/19/2014 07:08 pm | SHI | JIANXIANG | 1964 | LS | NEW | 1084607220 | Confirmed | B2 | 04/18/2015 | P -CHN- D00357159 | A-UA:87 | TRAVEL |
| FIN_DOS_ISS | 08/14/2014 10:16 am | SHI | JIANXIANG | 1964 | -- | -- | 1084607220 | -- | -- | -- | VN -USA- J5845873 | -- | INFO |
| FIN_DOS_APP | 08/12/2014 10:13 pm | SHI | JIANXIANG | 1964 | -- | -- | 1084607220 | -- | -- | -- | P -HKG- D00357159 | -- | INFO |
| FIN_DOS_ISS | 12/03/2013 07:47 pm | SHI | JIANXIANG | 1964 | -- | -- | 1084607220 | -- | -- | -- | VN -USA- H6677811 | -- | INFO |

Law Enforcement Sensitive - For Official Use Only

| 6/14/22, 11:38 AM | | | | | | | ADIS - Search Details | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Imp_DOS_Depart | 09/28/2012 06:05 pm | SHI | JIANXIANG | | 1964 | LS | -- | 1084607220 | -- | -- | -- | VN -USA-F8925885 | -- | TRAVEL |
| Arrival | 01/29/2003 12:00 am | SHI | JIANXIANG | | 1964 | LS | LOS | -- | -- | -- | -- | undefined - UNK-undefined | -- | TRAVEL |

Travel Doc Photo



N/A

FINs (1)
- ☐ 1084607220   IDENT (IDENT DETAILS) Details

Aliases (8)
- ☐ NIU, LONG (1)
  DOB:    1964   COB: MHL   Gender: Male
- ☐ SHI, JIANXIANG (21)
  DOB:    1964   COB: HKG   Gender: Male
- ☐ SHI, JIANXIANG (10)
  DOB:    1964   COB: --   Gender: Male
- ☐ NIU, LONG (7)
  DOB:    964   COB: CHN   Gender: Male
- ☐ SHI, JIANXIANG (1)
  DOB:    1964   COB: UNK   Gender: Male
- ☐ SHI, JIANXIANG (21)
  DOB:    1964   COB: CHN   Gender: Male
- ☐ SHI, JIANXIANG (2)
  DOB:    1964   COB: --   Gender: Male
- ☐ SHI, JIANXIANG (1)
  DOB:    1964   COB: KNA   Gender: Male

Documents Used (21)
- ☐ PASSPORT - D00357159 (21)
  Doc Country: CHN   Exp Date: 05/01/2021
- ☐ PASSPORT - D00357159 (12)
  Doc Country: HKG   Exp Date: 05/01/2024
- ☐ PASSPORT - D00357159 (1)
  Doc Country: UNK   Exp Date: 08/12/2024
- ☐ Visa - D00357159 (2)
  Doc Country: USA   Exp Date: 08/12/2024

Law Enforcement Sensitive - For Official Use Only

JS00627

6/14/22, 11:38 AM                                         ADIS - Search Details

- ☐ Visa Non-Immigrant - D00357159 (1)
  Doc Country: USA   Exp Date: 08/12/2024
- ☐ Visa Non-Immigrant - HNK0FBZT (1)
  Doc Country: USA   Exp Date: 08/12/2024
- ☐ Visa Non-Immigrant - J5845873 (1)
  Doc Country: USA   Exp Date: 08/12/2024
- ☐ Visa Non-Immigrant - L6657200 (2)
  Doc Country: USA   Exp Date: 09/13/2026
- ☐ Visa Non-Immigrant - VAC0B8VJ (2)
  Doc Country: USA   Exp Date: 09/13/2026
- ☐ Visa Non-Immigrant - F8925885 (1)
  Doc Country: USA   Exp Date: 09/26/2013
- ☐ Visa Non-Immigrant - SHG0XY58 (1)
  Doc Country: USA   Exp Date: 09/26/2013
- ☐ PASSPORT - RE0011930 (2)
  Doc Country: KNA   Exp Date: 10/24/2023
- ☐ PASSPORT - RE0055028 (2)
  Doc Country: KNA   Exp Date: 11/02/2026
- ☐ Visa Non-Immigrant - GUZ0ZHNU (1)
  Doc Country: USA   Exp Date: 11/28/2014
- ☐ Visa Non-Immigrant - H6677811 (1)
  Doc Country: USA   Exp Date: 11/28/2014
- ☐ PASSPORT - C122841 (1)
  Doc Country: MHL   Exp Date: 12/01/2021
- ☐ Passport - D00357159 (1)
  Doc Country: CHN   Exp Date: --
- ☐ Unknown - D00357159 (14)
  Doc Country: UNK   Exp Date: --
- ☐ Unknown - RE0055028 (1)
  Doc Country: UNK   Exp Date: --
- ☐ Visa - J5845873 (1)
  Doc Country: USA   Exp Date: --
- ☐ Visa - L6657200 (1)
  Doc Country: USA   Exp Date: --

Law Enforcement Sensitive - For Official Use Only

JS00628