

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**Person Encounter Detail**

06/08/2022 07:44 EDT                Generated By:                                Page 1 of 1

### Encounter Person Detail

| Last Name | First Name | Middle Initial | Gender | Date of Birth |
|---|---|---|---|---|
| SHI | JIANXIANG | | M | 1964 |

| Document Number | Document Type | Document Country | Class of Admission | Admit Until Date |
|---|---|---|---|---|
| D00357159 | PASSPORT | CHINA (MAINLAND) | B2 - TEMPORARY VISITOR FOR PLEASURE/TOURISM | 2017-04-30 |

### Encounter Person Detail

| Encounter Line Type | Encounter Date | Encounter Time (Eastern) | Terminal Lane | Site/Encounter Location |
|---|---|---|---|---|
| ADVANCED PASSENGER RECORD | 11/01/2016 | 07:51 | /E17 | A338 - CBP-VANCOUVER, INTL APT PRE-CL |

| Inbound/Outbound | Inspector | Processing Result | Primary Query Result | Referred To Agency |
|---|---|---|---|---|
| TRANSIT | | A - ADMIT | N | NOT REFERRED |

### Manifest Data

| Manifest Indicator | Passenger Status | Updated Passenger Status | Flight/Vessel Number | Departure Location |
|---|---|---|---|---|
| C | O - ON BOARD | | 2023 | YVR - VANCOUVER INTL |

| Transmitted By | Carrier Code | Arrival Location |
|---|---|---|
| | UA | IAH - HOUSTON INTERCONTINENTAL |

For Official Use Only / Law Enforcement Sensitive



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 31

JS00598