

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**Person Encounter Detail**

06/08/2022 07:48 EDT                                    Generated By: ██████████                                    Page 1 of 1

| Encounter Person Detail | | | | |
| --- | --- | --- | --- | --- |
| **Last Name** | **First Name** | **Middle Initial** | **Gender** | **Date of Birth** |
| SHI | JIANXIANG | | M | ████1964 |
| **Document Number** | **Document Type** | **Document Country** | **Class of Admission** | **Admit Until Date** |
| RE0055028 | PASSPORT | ST. CHRISTOPHER-NEVIS | B2 - TEMPORARY VISITOR FOR PLEASURE/TOURISM | 2017-05-03 |

| Encounter Person Detail | | | | |
| --- | --- | --- | --- | --- |
| **Encounter Line Type** | **Encounter Date** | **Encounter Time (Eastern)** | **Terminal Lane** | **Site/Encounter Location** |
| ADVANCED PASSENGER RECORD | 11/05/2016 | 20:46 | IW52 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| **Inbound/Outbound** | **Inspector** | **Processing Result** | **Primary Query Result** | **Referred To Agency** |
| INBOUND | ██████████ | A - ADMIT | N | NOT REFERRED |

| Manifest Data | | | | |
| --- | --- | --- | --- | --- |
| **Manifest Indicator** | **Passenger Status** | **Updated Passenger Status** | **Flight/Vessel Number** | **Departure Location** |
| C | O - ON BOARD | | 318 | SKB - GOLDEN ROCK |
| **Transmitted By** | | **Carrier Code** | | **Arrival Location** |
| ██ | | AA | | MIA - MIAMI INTL, FL |

For Official Use Only / Law Enforcement Sensitive



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.    21-cr-20421-Gayles(s)

EXHIBIT NO.    33

JS00600