

# Application For Employment Authorization
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-765**
OMB No. 1615-0040
Expires 02/28/2018

| For USCIS Use Only | Fee Stamp | Action Block | Initial Receipt | |
|---|---|---|---|---|
| | | | Re| |
| | | | Received | |
| | | | Co| |
| ☐ Application Approved | | ☐ Application Denied - Failed to establish: | Approved | |
| ☐ Authorization/Extension Valid From_____ | | ☐ Eligibility under 8 CFR 274a.12 (a) or (c) | ☐ Economic necessity under 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f) | A# |
| ☐ Authorization/Extension Valid To_____ | | | | |
| Subject to the following conditions: _____ | | | ☐ Applicant is filing under section 274a.12_____ | |

**GOVERNMENT EXHIBIT**
CASE NO. 21-cr-20421-Gayles(s)
EXHIBIT NO. 36

▶ **START HERE - Type or print in black ink.**

**I am applying for:**

☒ Permission to accept employment.

☐ Replacement (of lost employment authorization document).

☐ Renewal of my permission to accept employment (attach a copy of your previous employment authorization document).

1. **Full Name**

   | Family Name | First Name | Middle Name |
   |---|---|---|
   | NIU | LONG | N/A |

2. **Other Names Used** (include Maiden Name)

   | Family Name | First Name | Middle Name |
   |---|---|---|
   | NONE | | |

3. **U.S. Mailing Address**

   Street Number and Name: 4141 HAYVENHURST AVE.   Apt. Number:

   Town or City: ENCINO   State: CA   ZIP Code: 91436

4. **Country of Citizenship or Nationality**

   REPUBLIC OF THE MARSHALL ISLANDS

5. **Place of Birth**

   Town or City: SHANGHAI   State/Province:   Country: P.R. CHINA

6. **Date of Birth** (mm/dd/yyyy):  ████  1964

7. **Gender**  ☒ Male  ☐ Female

8. **Marital Status**  ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed

9. **Social Security Number** (Include all numbers you have ever used, if any)

   NONE

10. **Alien Registration Number (A-Number)** or **Form I-94 Number** (if any)

    N/A

11. **Have you ever before applied for employment authorization from USCIS?**

    ☐ Yes (Complete the following questions.)

    Which USCIS Office?   Dates

    Results (Granted or Denied - attach all documentation)

    ☒ No (Proceed to **Question 12**.)

12. **Date of Last Entry into the U.S., on or about** (mm/dd/yyyy)

    02-16-2017

13. **Place of Last Entry into the U.S.**

    LAS VEGAS

14. **Status at Last Entry** (B-2 Visitor, F-1 Student, No Lawful Status, etc.)

    CFA/NCS

15. **Current Immigration Status** (Visitor, Student, etc.)

    CFA/NCS VISITOR

16. **Eligibility Category.** Go to the "**Who May File Form I-765?**" section of the Instructions. In the space below, place the letter and number of the eligibility category you selected from the instructions. For example, (a)(8), (c)(17)(iii), etc.

    ( a )( 8 )(   )

3017059341010  3909690  047999  71  E050340  032217  20:53  032017  NFB-21281
Produced 06/10/2021 from USCIS' EDMS; Receipt No.LIN1790475311

17. **(c)(3)(C) Eligibility Category.** If you entered the eligibility category (c)(3)(C) in **Question 16** above, list your degree, your employer's name as listed in E-Verify, and your employer's E-Verify Company Identification Number or a valid E-Verify Client Company Identification Number in the space below.

    Degree

    Employer's Name as listed in E-Verify

    Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

18. **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Question 16** above, please provide the receipt number of your H-1B principal spouse's most recent Form I-797 Notice of Approval for Form I-129.

19. **(c)(35) and (c)(36) Eligibility Category**

    a. If you entered the eligibility category (c)(35) or (c)(36) in **Question 16** above, please provide the receipt number of the Form I-140 beneficiary's Form I-797 Notice of Approval for Form I-140.

    b. Have you **EVER** been arrested for and/or convicted of any crime?   ☐ Yes   ☐ No

    **NOTE:** If you answered "Yes" to **Item Numbers 19.b.**, refer to **Item Number 5., Item H.** or **Item I.** in the **Who May File Form I-765** section of these Instructions for information about providing court dispositions.

**Certification**

I certify, under penalty of perjury, that the foregoing is true and correct. Furthermore, I authorize the release of any information that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the "**Who May File Form I-765?**" section of the instructions and have identified the appropriate eligibility category in **Question 16**.

**Applicant's Signature**

*Long Wu*

**Date of Signature** (mm/dd/yyyy)   03-12-2017

**Telephone Number**

(626) 347-7811

**Signature of Person Preparing Form, If Other Than Applicant**

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

**Preparer's Signature**

**Date of Signature** (mm/dd/yyyy)   09-10-1958

**Printed Name**

FUKANG WAN

**Address**

4141 HAYVENHURST AVE.
ENCINO, CA 91436

3017059341010   3909690 047999 71 E050340 032217 20:53 032017 NFB-21281



USPS FIRST-CLASS PKG

$2.61 US POSTAGE
FIRST-CLASS
Mar 13 2017
Mailed from ZIP 91436
1oz First-Class Pkg Svc
Commercial Base Price

SHIP TO:
USCIS
USCIS
PO BOX 21281
PHOENIX AZ 85036-1281

FUKANG WAN
4141 HAYVENHURST AVE
Encino CA 91436

USPS TRACKING #
9400 1102 0083 0495 7594 34



Produced 06/10/2021 from USCIS' EDMS;  Receipt No.LIN1790475311

JS00257

# Transaction Payment Form

| | Check / Money Order Number | Check / Money Order Amount |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Total # of Checks

Total # of G-1450

Extraction SID: 1114027

Doc Prep SID: F601310

Doc Prep QC SID:

Scanning Checkbox:

Transaction Payment Form 03/01/16